In the Matter of HENRY G. BACON, Appellant, against IRVING V. A. HUIE, as Acting Commissioner of the Department of Public Works of the City of New York, et al., Respondents.

Submitted October 6, 1941; decided October 16, 1941.

*Morris Pinsky, Emanuel Goodman* and *S. M. Sprafkin* for motion.

*William C. Chanler, Corporation Counsel (Paxton Blair* of counsel), for respondents.

Motion dismissed, with ten dollars costs and necessary printing disbursements, on the ground the appeal lies as of right.